**FILED**

APR 0 8 2026

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

UNITED STATES OF AMERICA,  )
)
        Plaintiff,  )
)
vs.  )  **4:26-cr-00154 MAL/PLC**
)
LARRY BOYD,  )
)
        Defendant.  )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 30, 2026, in City of St. Louis, within the Eastern District of Missouri,

**LARRY BOYD,**

the Defendant herein, did knowingly escape from Dismas House of St. Louis, a facility to which he was lawfully confined by the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri upon the felony conviction in Cause No. 4:21CR289JAR, for the offense of Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney