FILED

APR 0 8 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
Plaintiff,                      )
                                )
v.                              )  ₦  **4:26-cr-00154 MAL/PLC**
                                )
LARRY BOYD,                     )
                                )
Defendant.                      )

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Paul J. D'Agrosa, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.     The Defendant is charged with Escape from Custody in violation of 18U.S.C. § 751(a), an offense for which a maximum 5-year imprisonment is prescribed under Title 18.

2.     On April 1, 2022, in the United States District Court for the Eastern District of Missouri, Defendant was sentenced to serve 72 months in the Bureau of Prisons in Cause No. 4:21CR00289JAR. upon the felony conviction for the offense of Felon in Possession of a Firearm. Defendant was transferred the Dismas House, located at 5025 Cote Brilliante, St. Louis, MO 63113 on July 23, 2025. He was transferred to home confinement on April 22, 2026 and was being monitored via a GPS track tech phone.

3.      On March 30, 2026, the track phone went dead and Dismas House Staff were unable to make contact with Defendant. Neither his girlfriend/emergency contact nor his mother knew of Defendant's whereabouts. He remains a fugitive.

4.      Given Defendant's escape from custody, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required.

5.      Defendant has a history of weapons offenses and controlled substance offenses dating back to 2004. He also has arrests and convictions for domestic assault and property damage.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Paul J. D'Agrosa*
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney